| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Nicodemus Joshua Miller** | Social Security number or ITIN **xxx−xx−8748** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kim Demetro** | Social Security number or ITIN **xxx−xx−3256** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | Date case filed for chapter **7  12/31/19** |
| Case number: | **1−19−47801−nhl** | |

# NOTICE OF NON−COMPLIANCE TO DEBTOR AND LANDLORD

**NOTICE IS HEREBY GIVEN THAT:**

As of this date, the debtor has **failed** to satisfy the requirements of **§ 362(l)(1)** of the Bankruptcy Code and Administrative Order **No. 644** by:

- ☑ Failing to deposit with the Clerk of the Court **("Clerk")** any rent that would become due during the 30−day period after the filing of the bankruptcy petition.

- ☐ Failing to make the **Required Certification** by: completing and filing with the court Official Form 101A, **"Initial Statement About an Eviction Judgment Against You,"** including the landlords name and address, certifying that the debtor has the right to stay in the debtor's residence under state law or other nonbankruptcy law by paying the landlord the entire delinquent amount.

**Notice is further given that:**

As a result of the debtor's **Non−Compliance**, the Rent Check, if any, deposited with the Clerk, is being returned to the debtor along with a copy of this Notice.

Dated: January 2, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnoncomp2.jsp** [Notice of Non−Compliance rev. 02/01/17]