UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              Case No. 19-47801-nhl

Nicodemus Joshua Miller                             Chapter 7
and Kim Demetro,
         Debtors.
---------------------------------------------------------x

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the motion of Michael Mesheriakov (the "Movant") dated February 12, 2020 (the "Motion"), for an order pursuant to 11 U.S.C. § 362(d), lifting and vacating the automatic stay with respect to property located at 848 Edgegrove Avenue, Staten Island, NY, 10309, and this Motion having come before the Court on April 22, 2020, at which Alla Kachan (Counsel to Movant), Sharon A. Toussaint (Counsel to Debtors), Nicodemus Joshua Miller (Debtor); and any objections to the Motion having been overruled; it is hereby

**ORDERED**, that the automatic stay pursuant to 11 U.S.C. § 362 is hereby lifted and vacated to permit Movant to exercise its rights under applicable state and federal law with respect to property located at 848 Edgegrove Avenue, Staten Island, NY, 10309; and it is further

**ORDERED**, that this Order shall not take effect until sixty (60) days after the date of entry; and it is further

**ORDERED**, that the Movant shall promptly report and turn over to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.



**Dated: May 29, 2020**
     **Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**