# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 8/10/2020 |
| Case: 1−19−47801−nhl | Form ID: 318DI7 | Total: 22 |

**Recipients of Notice of Electronic Filing:**
tr      Gregory Messer      gremesser@aol.com
aty     Sharon A Toussaint      tousat32@msn.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Nicodemus Joshua Miller      848 Edgegrove Avenue      Staten Island, NY 10309
jdb        Kim Demetro      848 Edgegrove Avenue      Staten Island, NY 10309
smg        NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg        NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg        NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg        Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
9766811    ADT SECURITY SERVICES      3190 S. VAUGHN WAY      AURORA, CO 60014
9766812    CREDIT CONTROL, LLC      P.O. BOX 546      HAZELWOOD, MO 63042
9766813    CREDIT MANAGEMENT LP      6080 TENNYSON PARKWAY, STE 100      PLANO, TX 75024
9805036    Jefferson Capital Systems LLC      Po Box 7999      Saint Cloud Mn 56302−9617
9823469    KE LIU      101 Edgegrove Ave      Staten Island NY 10312
9808685    LVNV Funding, LLC      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603−0587
9766814    MICHAEL MESHERIAKOV      440 PHILLIPS AVENUE      STATEN ISLAND, NY 10305
9766860    Michael Mesheriakov      440 Phillips Ave      Staten Island, NY 10312
9793130    Michael Mesheriakov      c/o Law Offices of Alla Kachan, P.C.      3099 Coney Island Avenue, 3rd Floor      Brooklyn, NY 11235
9776176    Michael Mesheriakoy      440 Phillips Ave      Staten Island, NY 10312
9766815    NORTHWELL HEALTH S.I. UNIVERSITY HOSP      475 SEAVIEW AVENUE      STATEN ISLAND, NY 10305
9766816    NSLIJ MEDICAL PC      PO BOX 282372      NY, NY 10087
9823470    NYC Marshall Stephen W. Biegel      109 W. 38Th Street      Room 200      New York NY 10018
9766817    SUNRISE CREDIT SERVICES INC      PO BOX 9100      FARMINGDALE, NY 11735

TOTAL: 20