| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nicodemus Joshua Miller** | Social Security number or ITIN **xxx–xx–8748** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kim Demetro** | Social Security number or ITIN **xxx–xx–3256** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | | |
| Case number:  **1–19–47801–nhl** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

- Gregory Messer (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

<u>s/ Nancy Hershey Lord</u>
United States Bankruptcy Judge

Dated: August 24, 2020

**BLfnld7** [Final Decree 7 rev 12/01/15]