# Notice Recipients

District/Off: 0207−1   User: admin   Date Created: 08/24/2020
Case: 1−19−47801−nhl   Form ID: 205   Total: 5

**Recipients of Notice of Electronic Filing:**
tr   Gregory Messer   gremesser@aol.com
aty   Sharon A Toussaint   tousat32@msn.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Nicodemus Joshua Miller   848 Edgegrove Avenue   Staten Island, NY 10309
jdb   Kim Demetro   848 Edgegrove Avenue   Staten Island, NY 10309
smg   Office of the United States Trustee   Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014

TOTAL: 3